IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MERRIMAN,

    Plaintiff,

v.

GOVERNOR JERRY BROWN, WARDEN RON DAVIS, OFFICER SMITH, OFFICER TIERNEY, and DOES 1 TO 50,

    Defendants.
    /

No. C 15-01715 WHA

**ORDER TO SHOW CAUSE**

At a regularly-scheduled case management conference at **11:00 A.M. ON AUGUST 13, 2015**, this case was called at 11:10 a.m., last on the calendar. No one appeared. As a result, plaintiff is ordered to show cause by sworn declaration why the case should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **AUGUST 27**, the case shall be dismissed for failure to prosecute. If a written response is filed, a hearing shall be held on **SEPTEMBER 17 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE