IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MERRIMAN,

    Plaintiff,

v.

GOVERNOR JERRY BROWN, WARDEN RON DAVIS, OFFICER SMITH, OFFICER TIERNEY, DOES 1 to 50,

    Defendants.

No. C 15-01715 WHA

**ORDER VACATING ORDER TO SHOW CAUSE HEARING**

For good cause shown, the hearing on the order to show cause scheduled for September 17 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE