IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOVERNOR JERRY BROWN, WARDEN RON DAVIS, OFFICER SMITH, OFFICER TIERNEY, DOES 1 to 50,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 15-01715 WHA<br><br>**ORDER RE REQUEST FOR CONTINUANCE** |

Plaintiff has filed a request for a continuance of the order to show cause hearing that had been scheduled for September 17. An August 25 order has already vacated the order to show cause hearing (Dkt. No. 18). Plaintiff's request is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 11, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE