IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN, | No. C 15-01715 WHA |
| Plaintiff, | |
| v. | |
| OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, | **NOTICE RE DEFENDANTS' FIRST NAMES** |
| Defendants. / | |

     Plaintiff is proceeding *in forma pauperis*. The United States Marshals service could not serve the summons in this action without defendants' first names. Plaintiff has not amended his complaint or otherwise made any effort to identify the defendants in order to effectuate proper service. A case management conference is currently scheduled for **DECEMBER 17 AT 11:00 A.M.** Plaintiff has the duty to properly name the defendants or else the case will eventually have to be dismissed. If plaintiff does not know the first names, then plaintiff should take a deposition of the city or county police department involved or investigate in some manner.

Dated: November 24, 2015.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE