KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
IAN MICHAEL ELLIS
Deputy Attorney General
State Bar No. 280254
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-1179
  Fax: (415) 703-5843
  E-mail: Ian.Ellis@doj.ca.gov
*Specially Appearing for Defendant D. Tierney*

JOHN E. STRINGER
State Bar No. 194556
  259 Oak St.
  San Francisco, CA  94102
  Telephone: (415) 934-1827
  Fax: (415) 934-0899
  E-mail: Nolojes@aol.com
*Attorney for Plaintiff Justin Merriman*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>                         Plaintiff,<br><br>  v.<br><br>OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50,,<br><br>                         Defendants. | Case No. C 15-01715 WHA<br><br>Order re:<br>**JOINT REQUEST TO CONTINUE THE DECEMBER 17, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Judge:         The Honorable William Alsup<br>Trial Date:   TBD<br>Action Filed: September 20, 2015 |

1

Through their undersigned counsel Defendant D. Tierney and Plaintiff Justin Merriman jointly request that the Case Management Conference scheduled for 11:00 a.m. on December 17, 2015, be continued to 11:00 a.m. on Friday, January 22, 2015. In support of their stipulated request, the counsel for parties declare as follows:[1]

(1) The parties request this continuance because multiple named defendants never received service of the Second Amended Complaint. Continuing the Case Management Conference to January 15, 2015, will allow the parties resolve outstanding problems related to service and enable the parties to prepare and submit a helpful joint conference statement to the Court.

(2) Neither party has requested a previous modification of time in this action.

(3) Granting the requested continuance will have no discernible effect on the schedule for this case because no other dates are set.

Dated: December 4, 2015

Ian Michael Ellis
Deputy Attorney General
*Specially Appearing for D. Tierney*

Dated: December 4, 2015

John E. Stringer
*Attorney for Plaintiff J. Merriman*

SF2015200649
20793447.doc

---

[1] In accordance with Civil L.R. 5-1(i)(3), counsel specially appearing on behalf of Defendant Tierney attests to Plaintiff counsel's consent to the filing of this document.

2

Order re:   Joint Req. Continue Dec. 17, 2015 Case Mgmt. Conf. (C 15-01715 WHA)

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Joint Request to Continue the December 17, 2015 Case Management Conference, and good cause appearing, the parties' request to continue the Case Management Conference to ~~January 15, 2015~~ Thursday, January 21 at 11:00 a.m. is GRANTED. Not less than seven days prior to the conference, counsel shall submit a joint case management conference statement not to exceed ten pages.

**IT IS ORDERED.**

Dated: December 7, 2015

William Alsup
U.S. District Judge

1

[Proposed] Order Granting Joint Req. Continue Dec. 17, 2015 Case Mgmt. Conf. (C 15-01715 WHA)