IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER SMITH, OFFICER TIERNEY,<br>OFFICER ROBINSON,<br><br>    Defendants.<br>                                            / | No. C 15-01715 WHA<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

Plaintiff has requested to continue the case management conference scheduled for **JANUARY 21** because his counsel is scheduled for a hearing at CSP-Solano on that date and because he intends to seek leave to add new defendants who will need to be served. Good cause shown, the case management conference is hereby **CONTINUED** to **FEBRUARY 18 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 19, 2016.

                                                         WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE