|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| JUSTIN MERRIMAN, | ) CASE NO. 3:15-cv-01715-WHA |
|---|---|
| Plaintiff, | ) |
| | ) *[PROPOSED]* **ORDER GRANTING** |
| vs. | ) **SUBSTITUTION OF ATTORNEY** |
| | ) |
| OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50, | ) |
| | ) |
| Defendants. | ) |

Good cause having been shown, this Court hereby approves the substitution of attorney filed by Officer Tierney substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Ian Michael Ellis.

IT IS SO ORDERED:

Dated: January 22, 2016.                              _____
                                                      Hon. William H. Alsup