IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GOVERNOR JERRY BROWN, WARDEN RON DAVIS, OFFICER SMITH, OFFICER TIERNEY, DOES 1 to 50,<br><br>    Defendants.<br> / | No. C 15-01715 WHA<br><br>**REQUEST FOR RESPONSE** |

Plaintiff timely sought leave to add the State of California as a defendant in this action and to file an amended complaint accordingly. Defendants did not respond to the motion. By **JUNE 1 AT NOON**, defendants will please state whether they oppose this motion.

**IT IS SO ORDERED.**

Dated: May 27, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE