UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50,<br><br>    Defendants. | CASE NO. 3:15-cv-01715-WHA<br><br>*[PROPOSED]* **ORDER ON STIPULATON TO CONTINUE THE HEARING ON THE MOTION TO AMEND THE COMPLAINT** |

Good cause having been shown, this Court hereby continues the hearing on the Motion to Amend to June 23, 2016 at 8:00 a.m.

IT IS SO ORDERED:

Dated: June 7, 2016.

_____
Hon. William ~~H.~~ Alsup

1

*[PROPOSED]* ON STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO AMEND