JOHN E. STRINGER sbn 194556 (415)934-1827) FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Justin Merriman, T15293

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br>Plaintiff<br><br>v.<br><br>GOVERNOR JERRY BROWN,<br>WARDEN RON DAVIS,<br>OFFICER SMITH,<br>OFFICER TIERNEY<br>Does 1 to 50,<br>Defendants | CASE NO.: 15-cv-01715-WHA<br><br>PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE<br><br>Date: 06/23/2016<br>Time: 08:00 a.m.<br>Dept.: Ctrm. 9, 19th Floor |

Comes now Plaintiff Justin Merriman by and through his attorney of record replies to Defendant's response to Plaintiff's motion to amend as follows:

1. Defendant is a correctional officer at San Quentin State Prison. As such, Defendant has no standing to respond to Plaintiff's motion to add the State of California as a party. That response should come from the California Attorney General's Office. The Attorney General's Office has been monitoring this case and would have been apprised of the motion. That office could have made a special appearance to contest the motion but did not.

2. Officer Tierney's response is a demurrer and not a response as

Complaint-Justin Merriman

Tierney's response does not address Plaintiff's reliance on Federal Rules 15 and 18 and as such is not responsive to Plaintiff's motion. Plaintiff is simply substituting the State of California for a doe defendant and is entitled to do so under the Federal Rules. (a copy of the amended complaint with the State of California as a named Defendant is attached).

3. Plaintiff requires the State of California to be a named. Defendant in order to engage in discovery, especially in order to gain the proper names and personnel records of the Defendant correctional officers.

4. For the above stated reasons, Plaintiff respectfully requests the Court to grant Plaintiff's motion to substitute the State of California in the place of a doe defendant.

Date: 6-14-16                Respectfully Submitted,

_____
John E. Stringer, Attorney for Plaintiff