IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN, | No. C 15-01715 WHA |
| Plaintiff, | |
| v. | |
| OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50, | **ORDER GRANTING THE STATE OF CALIFORNIA'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF AND DENYING REQUEST FOR CONTINUANCE** |
| Defendants. | |

Plaintiff seeks leave to amend his complaint to add the State of California as a defendant. A hearing on that motion is scheduled for June 23 at 8:00 a.m. The State seeks leave to file an amicus brief in opposition to plaintiff's motion. The State's motion is hereby **GRANTED**.

Plaintiff seeks to continue the hearing to July 7 allow time to respond to the State's amicus brief; however, counsel for Officer Tierney is not available on that date. In light of the difficulty in scheduling a new hearing date, plaintiff's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 21, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE