IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MERRIMAN,

    Plaintiff,

  v.

OFFICER TIERNEY, OFFICER SMITH, OFFICER ROBINSON, et al.,

    Defendants.

No. C 15-01715 WHA

**REQUEST FOR INFORMATION**

    Neither party has made any effort to provide the defendants' first names. A hearing is currently scheduled for **JUNE 23 AT 8:00 A.M.** At the hearing, Officer Tierney's counsel shall provide the first names of all defendants so that the Court can issue a proper order.

Dated: June 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE