IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MERRIMAN,

    Plaintiff,

  v.

OFFICER FNU SMITH, OFFICER FNU TIERNEY, OFFICER FNU ROBINSON,

    Defendants.

No. C 15-01715 WHA

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND DISMISSING OFFICER SMITH**

Defendant Officer S. Robinson (first name unknown) seeks an order extending by four months the deadlines for discovery, dispositive motions, and trial dates, inasmuch as he has only been served with the summons and complain just a few weeks before the discovery cutoff. Defendant Tierney opposes the extension only to the extent it applies to discovery as to him.

A further case management conference is hereby **SET** for **SEPTEMBER 8 AT 11:00 A.M.** All parties shall please submit a joint case management statement proposing a new schedule by **SEPTEMBER 1**. The parties should consider a more modest proposal than that offered by Officer Robinson. Meanwhile, the fact discovery cutoff as to Officer Robinson is hereby **EXTENDED** to **SEPTEMBER 8**, with further extensions to be discussed at the case management conference.

Additionally, pursuant to the order denying plaintiff's request to extend the deadline to serve Officer Smith, this order **DISMISSES** all claims against Officer Smith.

**IT IS SO ORDERED.**

Dated: August 4, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE