IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER FNU SMITH, OFFICER FNU TIERNEY, OFFICER FNU ROBINSON,<br><br>    Defendants.<br>    / | No. C 15-01715 WHA<br><br>**ORDER GRANTING DEFENDANT ROBINSON LEAVE TO DEPOSE INMATE WITNESS** |

Defendant Officer S. Robinson (first name unknown) seeks leave to depose Daniel C. Frederickson, an inmate in California state prison. Pursuant to Rule 30(a)(2)(B), a party must seek leave of court to depose an inmate. Plaintiff contends that Frederickson witnessed the alleged sexual assault that is the subject of this litigation. This order hereby **GRANTS** Robinson's motion for leave to depose inmate Daniel C. Frederickson.

**IT IS SO ORDERED.**

Dated: August 12, 2016.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE