IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER FNU TIERNEY, OFFICER FNU ROBINSON, DOES 1 to 50,<br><br>    Defendants.<br>                                           / | No. C 15-01715 WHA<br><br>**ORDER GRANTING JOINT MOTION FOR A MENTAL HEALTH EXAMINATION OF PLAINTIFF JUSTIN MERRIMAN** |

        Plaintiff Justin Merriman and defendant Officer S. Robinson (first name unknown) jointly move for an examination of Merriman's mental health by an independent examiner pursuant to Rule 35 (Dkt. No. 85). Defendant Officer Tierney (first name unknown) does not oppose the motion. Good cause shown, the motion is **GRANTED**, as follows.

        Plaintiff is ordered to undergo a mental health examination by Dr. Anna Glezer beginning at **8:30 A.M. ON OCTOBER 19, 2016**, at San Quentin, California. Dr. Glezer will, by October 31, 2016, provide the parties and the Court with a report setting forth:

        (1) a mental-health diagnosis for Merriman;

        (2) an assessment of Merriman's decision-making ability and his ability to protect his own interests;

        (3) an assessment of Merriman's ability to differentiate between fact and fiction; and, if necessary;

        (4) the likelihood that treatment will restore Plaintiff to the point where he can (a) successfully differentiate between fact and fiction and (b) effectively participate in this action so as to protect his own interests.

The parties will, as soon as practicable, furnish Dr. Glezer with Merriman's complete prison mental-heath record as well as transcripts of his two depositions in this matter, in order to assist in her examination and preparation of a report.

**IT IS SO ORDERED.**

Dated:   October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2