IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MERRIMAN,

    Plaintiff,

  v.

OFFICER FNU SMITH, OFFICER FNU TIERNEY, and OFFICER FNU ROBINSON,

    Defendants.

No. C 15-01715 WHA

**ORDER CONTINUING HEARING RE DEFENDANTS' DISCOVERY DISPUTE BY ONE HOUR**

    The three-hour meet-and-confer in the Court's jury room on November1, is hereby **CONTINUED** to **9:00 A.M**, and the hearing on any remaining issue(s) is hereby **CONTINUED** to **12:00 P.M.**

    **IT IS SO ORDERED.**

Dated: October 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE