IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER SMITH, OFFICER TIERNEY,<br>OFFICER ROBINSON, DOES 1 to 50,<br><br>    Defendants.<br>                                    / | No. C 15-01715 WHA<br><br>**ORDER REQUESTING DR.<br>GLEZER'S REPORT** |

By **DECEMBER 5 AT NOON**, defendants shall please file Dr. Glezer's report under seal.

**IT IS SO ORDERED.**

Dated: December 1, 2016.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE