IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50,<br><br>    Defendants.<br>                                                          / | No. C 15-01715 WHA<br><br>**REQUEST FOR<br>FURTHER RESPONSE** |

The Court has reviewed the materials submitted by counsel but notes that Dr. Glezer's report is not under oath. By **DECEMBER 9 AT NOON**, the parties shall please file a sworn statement from Dr. Glezer averring to the findings in her report or points and authorities showing that no sworn record is necessary.

**IT IS SO ORDERED.**

Dated: December 7, 2016.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE