Janine K. Jeffery, Esq. CBN 112639
  Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5900 Canoga Avenue, Suite 350
Woodland Hills, CA 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant,
Defendant, Officer Tierney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>         Plaintiff,<br><br>     vs.<br><br>OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50,<br><br>         Defendants. | CASE NO. 3:15-cv-01715-WHA<br><br>*[PROPOSED]* **ORDER ON STIPULATON TO CONTINUE PRE-TRIAL DATES**<br><br>*(Filed Concurrently with Stipulation and Declaration of Janine K. Jeffery)*<br><br>Judge:   The Honorable William Alsup<br>Trial Date:   February 13, 2017<br>Action Filed:   September 20, 2015 |

///
///
///
///
///
///
///
///
///

*[PROPOSED]* ORDER ON STIPULATION TO CONTINUE PRE-TRIAL DATES

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN MERRIMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>OFFICER SMITH, OFFICER TIERNEY, OFFICER ROBINSON, DOES 1 to 50,<br><br>    Defendants. | CASE NO. 3:15-cv-01715-WHA<br><br>[PROPOSED] ORDER ON STIPULATON TO CONTINUE PRE-TRIAL DATES |

Pursuant to the stipulation filed by the parties, good cause exists to continue the pre-trial dates as follows:

The dispositive-motion deadline is continued to February 15, 2017, the final pre-trial conference is continued to April 12, 2017 and the trial date is continued to April 17, 2017.

IT IS SO ORDERED:

Dated: December 12, 2016.

_____
Hon. William ~~H.~~ Alsup

1

[PROPOSED] ORDER ON STIPULATION TO CONTINUE PRE-TRIAL DATES